IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELODY L. TAYLOR, | § | |
| Plaintiff, | § § | |
| v. | § § | NO. 12-CV-2750-P |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 8, 2013, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation ("FCR") in which he recommended that the Court reverse the decision of the Commissioner in part and remand this case for further proceedings consistent with the FCR. No one has objected to the FCR.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge; cross-motions for summary judgment; and accompanying briefing, in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. Having reviewed the Findings, Conclusions, and Recommendation of the Magistrate Judge for clear error, the Court finds no clear error on the face of the record. Accordingly, the Court hereby accepts the Findings and Conclusions of the Magistrate Judge as the Findings and Conclusions of the Court, **REVERSES** the Commissioner's decision in part, and **REMANDS** this action for further proceed-

---

[1] On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), she is automatically substituted as the defendant in this action.

ings. Although the Magistrate Judge does not specifically indicate whether the parties' respective motions for summary judgment (docs. 17 and 20) should be granted or denied, the FCR and this order accepting the FCR dispose of the issues raised in the motions. The clerk is therefore directed to term the cross-motions for summary judgment (docs. 17 and 20) that are currently pending in this case.

SO ORDERED this 24th day of September, 2013.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE