IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELODY L. TAYLOR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CAROLYN W. COLVIN, | § | No. 3:12-cv-2750-P-BN |
| Acting Commissioner of Social Security, | § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 23, 2014, the defendant's objections filed February 6, 2014 and Plaintiff's response to defendant's objections filed on February 14, 2014, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are adopted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Recommendation of the Court.

**SO ORDERED** this 21st day of February, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE